IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **EDMUND KEITH BRADSHAW,** | 07-CV-544-PK |
| Petitioner, | ORDER |
| v. | |
| **BRIAN BELLEQUE,** | |
| Respondent. | |

**MICHELLE A. RYAN**
K2 Building
1717 N.E. 42nd Avenue, Suite 2104
Portland, OR 97213
(503) 284-3292

       Attorney for Petitioner

1 - ORDER

**JOHN R. KROGER**
Attorney General
**JACQUELINE SADKER KAMINS**
**KRISTEN E. BOYD**
Assistant Attorneys General
Oregon Department of Justice
1162 Court Street N.E.
Salem, OR 97301-4096

              Attorneys for Respondent

**BROWN, Judge.**

    Magistrate Judge Paul Papak issued Findings and Recommendation (#69) on February 14, 2011, in which he recommends the Court deny Petitioner Edmund Keith Bradshaw's Amended Petition (#37) for Writ of Habeas Corpus, dismiss this matter with prejudice, and deny a certificate of appealability. Petitioner filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).

    In his Objections Petitioner reiterates the arguments contained in his Memorandum in Support of [Amended] Petition for Writ of Habeas Corpus, Reply, and Sur-Reply. The Court has

2 - ORDER

carefully considered Petitioner's arguments and concludes they do not provide a basis to modify the Findings and Recommendation. The Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#69) and, therefore, **DENIES** the Amended Petition (#37) for Writ of Habeas Corpus and **DISMISSES** this matter **with prejudice**, and **DENIES** a certificate of appealability.

IT IS SO ORDERED.

DATED this 11th day of March, 2011.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge