IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **EDMUND KEITH BRADSHAW,** | 07-CV-544-PK |
| Petitioner, | **JUDGMENT** |
| v. | |
| **BRIAN BELLEQUE,** | |
| Respondent. | |

    Based on the Court's Opinion and Order (#73) issued March 11, 2011, the Court **DISMISSES** this matter **with prejudice** and **DENIES** a certificate of appealability.

    IT IS SO ORDERED.

    DATED this 11th day of March, 2011.

                                       /s/ Anna J. Brown

                                       ANNA J. BROWN
                                       United States District Judge

1 - JUDGMENT